# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALESSI & KOENIG, LLC,

        Plaintiff,

vs.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, *et al.*,

        Defendants.

Case No. 2:15-cv-01946-GMN-GWF

**ORDER**

    This matter is before the Court on Defendant Collegium Fund, LLC Series #24's Motion to Withdraw as Attorney (ECF No. 27), filed on May 22, 2017.

    Plaintiff's counsel represents that Paul R. Connaghen, Esq. is no longer associated with the Connaghen Newberry Law Firm. Therefore, counsel requests that he be removed as attorney of record for Defendant Collegium Fund, LLC Series #24. Defendant will continue to be represented by Tara Newberry, Esq. of the Connaghen Newberry Law Firm. The Court finds that counsel has provided good cause to justify granting his withdrawal. Accordingly,

    **IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw as Attorney (ECF No. 27) is **granted**.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall remove Paul R. Connaghen, Esq. from the CM/ECF service list in this case.

    DATED this 23rd day of May, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge